<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2347**

---

BARBARA SCHWARZ,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION, Criminal
Justice Information Services Division,

Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-98-47-1)

---

Submitted:  November 5, 1998        Decided:  November 18, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barbara Schwarz, Appellant Pro Se.  William David Wilmoth, United States Attorney, Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Schwarz appeals the district court's order grating the Defendant's motion to dismiss in Schwarz's action filed under the Freedom of Information Act (FOIA), 5 U.S.C.A. § 552 (West 1996 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schwarz v. FBI</u>, No. CA-98-47-1 (N.D.W. Va. Aug. 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>